## Commonwealth *v.* Carney, Appellant.

Argued December 12, 1975. *William B. Eagan*, with him *Eagan, Bowen & Hynes*, for appellant; *Stewart J. Greenleaf*, Assistant District Attorney, *William T. Nicholas*, First Assistant District Attorney, and *Milton O. Moss*, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* DiMola, Appellant.

Argued November 25, 1975. *William F. Manifesto*, with him *DeCello, Bua & Manifesto*, for appellant; *Louis R. Paulick* and *Robert L. Eberhardt*, Assistant District Attorneys, *John M. Tighe*, First Assistant District Attorney, and *John J. Hickton*, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.